X FILED _____ LODGED
_____ RECEIVED _____ COPY

FEB - 3 2023

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY Nu                    DEPUTY

# UNITED STATES DISTRICT COURT
### District of Arizona

In the Matter of the Search of:

**SUBJECT PARCEL**: USPS Priority parcel bearing USPS tracking number 9505512953123009200784, addressed to "Michael Rodgers, 324 Styler Rd Glenmoore PA 19343" with a return address of "Chad Harris, 33 Elms St Apt 2, Webster MA, 01510." It is a white cardboard box measuring approximately 13" x 13" x 12" weighing approximately eight pounds six ounces; postmarked January 9, 2023 and bearing $14.40 in postage

**SEARCH WARRANT**

Case Number: 23-1198 MB

TO:  Special Agent William Baynard and any Authorized Officer of the United States

Affidavit having been made before me by Affiant, Special Agent William Baynard, Drug Enforcement Administration, on the premises known as:

**SUBJECT PARCEL:** USPS Priority parcel bearing USPS tracking number 9505512953123009200784, addressed to "Michael Rodgers, 324 Styler Rd Glenmoore PA 19343" with a return address of "Chad Harris, 33 Elms St Apt 2, Webster MA, 01510." It is a white cardboard box measuring approximately 13" x 13" x 12" weighing approximately eight pounds six ounces; postmarked January 9, 2023 and bearing $14.40 in postage.

in the District of Arizona there is now concealed certain property, namely, CONTROLLED SUBSTANCES AND/OR U.S. CURRENCY OR DOCUMENTS RELATING TO THE DISTRIBUTION OF CONTROLLED SUBSTANCES THROUGH THE UNITED STATES MAIL, IN VIOLATION OF TITLE 21, UNITED STATES CODE, SECTIONS 841(a)(1), 843(b) and 846, AS EVIDENCE OF SAID VIOLATIONS.

I am satisfied that the Affidavit establishes probable cause to believe that the property so described is now concealed on the premises above described and establishes grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before ___2/17/2023___ (Date) (not to exceed 14 days) the premises named above for the property specified, serving this warrant and making the search in the daytime (6:00 a.m. to 10:00 p.m.), if the property be found there to seize same, leaving a copy of this warrant and receipt for the property taken, and to prepare a written inventory of the property seized and promptly return this warrant to any United States Magistrate Judge, District of Arizona as required by law.

___2/3/2023 at 9:32 am___                    at      Yuma, Arizona
Date and Time Issued                                  City and State

HONORABLE JAMES F. METCALF
UNITED STATES MAGISTRATE JUDGE
Name and Title of Judicial Officer                    Signature of Judicial Officer

X FILED          ___ LODGED
___ RECEIVED          COPY

FEB - 3 2023

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY NM          DEPUTY

# UNITED STATES DISTRICT COURT
## District of Arizona

*In the Matter of the Search of:*
**SUBJECT PARCEL**: USPS Priority parcel
bearing USPS tracking number
9505512953123009200784, addressed to "Michael
Rodgers, 324 Styler Rd Glenmoore PA 19343" with
a return address of "Chad Harris, 33 Elms St Apt 2,
Webster MA, 01510." It is a white cardboard box
measuring approximately 13" x 13" x 12" weighing
approximately eight pounds six ounces; postmarked
January 9, 2023 and bearing $14.40 in postage

## APPLICATION AND AFFIDAVIT
## FOR SEARCH WARRANT

Case Number: 23-1198MB

I, Special Agent William Baynard, being duly sworn, depose and state as follows:

I am a Special Agent William Baynard am a Special Agent with the Drug Enforcement Administration and have
reason to believe that on the premises known as:

**SUBJECT PARCEL**: USPS Priority parcel bearing USPS tracking number 9505512953123009200784,
addressed to "Michael Rodgers, 324 Styler Rd Glenmoore PA 19343" with a return address of "Chad Harris, 33
Elms St Apt 2, Webster MA, 01510." It is a white cardboard box measuring approximately 13" x 13" x 12"
weighing approximately eight pounds six ounces; postmarked January 9, 2023 and bearing $14.40 in postage

in the District of Arizona there is now concealed certain property, namely, CONTROLLED SUBSTANCES
AND/OR U.S. CURRENCY OR DOCUMENTS RELATING TO THE DISTRIBUTION OF CONTROLLED
SUBSTANCES THROUGH THE UNITED STATES MAIL, which is CONTRABAND, THE FRUITS OF
CRIME, OR THINGS OTHERWISE CRIMINALLY POSSESSED,

in violation of Title 21, United States Code, Sections 841(a)(1), 843(b) and 846.  The facts to support the issuance
of a Search Warrant are as follows:

SEE ATTACHED AFFIDAVIT OF SA WILLIAM BAYNARD, WHICH IS MADE A PART HEREOF.

Authorized by AUSA Timothy Courchaine

*Timothy Courchaine*

Sworn to me telephonically, and subscribed
electronically

_____
Date  2/3/2023

HONORABLE JAMES F. METCALF
UNITED STATES MAGISTRATE JUDGE
Name and Title of Judicial Officer

*William Baynard*
_____
Signature of Affiant – William Baynard

at   Yuma
Phoenix, Arizona
City and State

_____
Signature of Judicial Officer

## AFFIDAVIT AND STATEMENT OF PROBABLE CAUSE

I, SA William Baynard, being duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1.      I am a Special Agent with the Drug Enforcement Administration and have been since January 2021.  I am a Special Agent with the United States Department of Justice – Drug Enforcement Administration (DEA) an investigator/law enforcement officer of the United States within the meaning of Title 18, United States Code Section 2510(7) – an officer of the United States who is empowered by law to conduct investigations and make arrests for offenses enumerated in Title 18, United States Code Section 2516.  I have been employed with DEA since January of 2021. I am currently assigned to DEA's Yuma Resident Office (YRO), a component of DEA's Phoenix Field Division. Specifically, I am assigned to Enforcement Group 56 (EG56) of the YRO and has been assigned to the group since July of 2021.

2.      In preparation to become a DEA Special Agent, I completed a 16-week required training in Quantico, Virginia, upon beginning employment.  During the 16-week training, I received instruction on federal laws relating to drug-related offenses and criminal investigations, drug identification, physical surveillance, undercover negotiations, electronic surveillance, and case preparation.  I also received training that focused on the transportation and distribution of controlled substances, including the identification of packaging and distribution techniques used by persons involved in the transportation and

distribution of controlled substances. Prior to becoming a DEA Special Agent, I served as a Police Officer for the Pentagon Force Protection Agency.

3.      As a member of YRO EG2, I am responsible for investigating crimes that involve the unlawful importation of controlled substances, including methamphetamine, cocaine, heroin, marijuana and the unlawful exportation of proceeds derived from the sale of controlled substances. YRO EG2 conducts investigations for violations of Title 21 and specializes in the detection, penetration, and dismantlement of Mexican Drug Trafficking Organizations (DTOs), often in coordination with other federal, state, and local law enforcement personnel designated as Task Force Officers (TFOs). These investigations have led to numerous search warrants, arrests, and convictions.

4.      By virtue of my employment as a Special Agent, I have experience in:

a.  Functioning as a surveillance agent, thus observing and recording movements of persons trafficking in drugs and those suspected of trafficking in drugs;

b.  Interviewing confidential sources (CS) and defendants relative to the illegal trafficking of drugs and the distribution of monies and assets derived from the illegal trafficking of drugs (laundering of monetary instruments).

c.  Requesting and executing various search warrants, including electronic based search warrants.

5.      In the course of conducting drug investigations, I have consulted with other experienced investigators concerning the practices of drug traffickers and the best methods of investigating them.  In preparing this affidavit, I have conferred with other Special Agents and other law enforcement officers, who share the opinions and conclusions stated

2

herein.  Furthermore, I have personal knowledge of the following facts or has learned them from the individual(s) mentioned herein.

6.      The statements contained in this Affidavit are based on information derived from my personal knowledge, training and experience; information obtained from the knowledge and observations of other sworn law enforcement officers, either directly or indirectly through their reports or affidavits; surveillance conducted by law enforcement officers; analysis of public records; and analysis of social media information.

7.      This Affidavit is made in support of an application for a search warrant for one United States Postal Service (USPS) Priority Mail Express parcel (referred to hereafter as the "**SUBJECT PARCEL**").  Based on a positive alert by a narcotics-detecting canine, I believe the SUBJECT PARCEL contains controlled substance(s) or proceeds from the sale of controlled substances.  However, because the purpose of this affidavit is merely to establish probable cause for the issuance of a search warrant, this affidavit does not contain all my knowledge regarding the **SUBJECT PARCEL**.

8.  The **SUBJECT PARCEL** is further described as follows: USPS Priority parcel bearing USPS tracking number 9505512953123009200784, addressed to "Michael Rodgers, 324 Styler Rd Glenmoore PA 19343" with a return address of "Chad Harris, 33 Elms St Apt 2, Webster MA, 01510." It is a white cardboard box measuring approximately 13" x 13" x 12" weighing approximately eight pounds six ounces; postmarked January 9, 2023 and bearing $14.40 in postage.

## BACKGROUND

9.     From my training and experience, as well as the training and experience of various Postal Inspectors, I am aware that the USPS mail system is frequently used to transport controlled substances and proceeds from the sale of controlled substances to areas throughout the United States.  I also know that drug traffickers prefer delivery services such as Express Mail and Priority Mail because of their reliability and the ability to track the article's progress to the intended delivery point.  When a drug trafficker learns that a mailed article has not arrived as scheduled, he/she often becomes suspicious of any delayed attempt to deliver the item.

10.     Based on my training and experience regarding Express Mail operations, I am aware that the Express Mail service was designed primarily to fit the needs of businesses by providing overnight delivery for time-sensitive materials.  Moreover, based on my training and experience, I am aware that business mailings often: (a) contain typewritten labels; (b) are addressed to and/or from a business; (c) are contained within flat cardboard mailers; and (d) weigh less than eight ounces.   In addition, corporate charge accounts were developed by the United States Postal Service to avoid time-consuming cash payments by businesses for business mailings.

11.     Based on my training and experience regarding Priority Mail operations, I am aware that the Priority Mail service was created as a less expensive alternative to Express Mail overnight delivery, but designed to provide quicker, more reliable service than standard First-Class Mail.  Whereas a customer mailing an article via Express Mail expects next-day service, a customer who mails an article via Priority Mail can expect two to three-day delivery service.   The USPS provides a tracking service though a USPS

4

tracking number, which allows the customer to track the parcel and confirm delivery.

12.     Additionally, I have learned that most Priority Mail mailings are business mailings. Priority Mail is a significantly less expensive method of mailing than Express Mail, particularly when next-day service is not required.   I also know that the characteristics of Priority Mail business mailings are similar to Express Mail business mailings.   Priority Mail articles tend to be smaller, lighter mailings than traditional mailings, and on average, weigh less than two pounds.   Examples of typical business mailings conducted via Priority Mail include books, clothing, pharmaceuticals, and consumer goods purchased from online retailers.

13.     Based on my training and experience regarding the use of Express Mail and Priority Mail to transport-controlled substances and the proceeds from the sale of controlled substances, I am aware these parcels usually contain some or all of the following characteristics:

   a.   The parcel contains a label with handwritten address information and is addressed from one individual to another individual;

   b.   The handwritten label on the parcel does not contain a business account number, thereby indicating that the sender likely paid cash;

   c.   The parcel is heavier than the typical mailing, often weighing more than eight ounces for Express Mail, and two pounds for Priority Mail; and

   d.   The parcel either: (a) was destined for an area known to be a frequent destination point for controlled substances, having been mailed from an area known to be a source area for controlled substances; or (b) originated from

5

an area known to be a frequent origination point for proceeds from the sale of controlled substances, having been mailed to an area known to be a destination area for proceeds from the sale of controlled substances.

14.     Express Mail and Priority Mail parcels found to meet some or all of the characteristics described above are often scrutinized by Postal Inspectors through address verifications and an examination by a trained narcotics detecting canine.

**RELEVANT FACTS PERTAINING TO THE SUBJECT PARCEL**

15.     On August 19, 2022, DEA special agents, including myself, were canvasing the social media application Instagram and noticed an account named jay_budhha1. It appeared from multiple postings on the account that Jay_budhha1 was advertising the distribution of various controlled substances through Instagram.  The jay_budha1 account was also connected to multiple other known drug dealer Instagram accounts as "friends." Some of those accounts appear to be generated from the Yuma, Arizona area.

16.     Located on the Instagram account, I saw a link to a separate social media platform, Telegram, posted on of jay_budhha1's home page. The link is as follows, t.me/touchdownwebsite also called Growhouseworld. Featured on both the Instagram and Telegram accounts, were the same type of advertisement for various controlled substances, including: Marijuana, Psilocybin Mushrooms ("Shrooms"), LSD, Methamphetamine, Cocaine, Fentanyl, Xanax.  Screenshots from the Instagram account are depicted below:







17.     Screenshots from the Telegram account are depicted below.  The yellow and blue elongated pills appear to be the same type as advertised on the Instagram account.









18.    Additionally, posted to the same Telegram account as the above pictured drugs, were pictures of multiple firearms and cloned credit cards.   The screenshot is included below:



19.     On January 10, 2023, Growhouseworld posted two pictures of United States

Postal receipts. The screenshot is included below:

 

20.     Based on the foregoing, USPIS agents were able to identify and seize the

**SUBJECT PARCEL**. On January 20, 2023, members of the DEA YRO conducted a

physical examination of the **SUBJECT PARCEL** and observed that it met some of the

characteristics listed in Paragraph 10 above. First, the **SUBJECT PARCEL** bore

handwritten address information.  The **SUBJECT PARCEL** postage was paid for in cash.

The **SUBJECT PARCEL** weighed approximately ten ounces.

21.     From my training, personal experience, and the collective experiences related

to me by Postal Inspectors who specialize in investigations relating to the mailing of

controlled substances, it is common for drug traffickers to use purported names not associated with a particular address, to omit the name(s) of persons associated with a particular address and utilize fictitious names and addresses to evade detection by law enforcement.

## CANINE EXAMINATION OF THE SUBJECT PARCEL

22.     On January 20, 2023, the **SUBJECT PARCEL** was inspected by United States Border Patrol Yuma Sector canine Agent Omar Valenzuela (K12), along with his partner canine "Djenna" at the DEA YRO located at 7101 E 29th St Yuma AZ, 85365. At approximately 10:20 am, "Djenna" gave a positive alert to the **SUBJECT PARCEL** by sitting and staring at the **SUBJECT PARCEL**.

23.     Djenna's positive alert, sitting and starring at the **SUBJECT PARCEL**, is a "passive" alert that Djenna has been trained to give. The passive alert indicates the presence of a controlled substance and/or currency, notes, document or other evidence bearing the presence of the odors of a controlled substance within the **SUBJECT PARCEL**.

## CONCLUSION

24.     Based on these facts, there is probable cause to believe the **SUBJECT PARCEL** described above contains controlled substances or proceeds from the sale of controlled substances, constituting evidence of violations of Title 21, United States Code, Sections 841(a)(1) (Possession with Intent to Distribute a Controlled Substance), 843(b) (Use of a Communication Facility to Facilitate the Distribution of a Controlled Substance), and 846 (Conspiracy to Possess with Intent to Distribute a Controlled Substance).

_William Baynard_
William Baynard
Drug Enforcement Administration
Special Agent

Subscribed electronically and sworn telephonically on this ___3rd___ day of February, 2023.

HONORABLE JAMES F. METCALF
UNITED STATES MAGISTRATE JUDGE

14