AO 93 (Rev. 12/09) Search and Seizure Warrant (Page 2)

# Return

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| 23-1198MB | 02/03/2023 12:00 pm | Court/Prosecutor |

Inventory made in the presence of:
DEA Special Agent William Baynard

Inventory of the property taken and name of any person(s) seized:

On February 3, 2023, at approximately 12:00 PM, concurrent to 23-1198MB, Agents opened up the SUBJECT PARCEL. Inside the SUBJECT PARCEL agents found, 70 packs of assorted THC gummies, 8 packs of One Up Psilocybin gummies, and 3 packs of marijuana buds. Agents field tested the marijuana buds, and it tested positive for the characteristics of marijuana.

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 02/03/2023

*William Baynard*
Executing officer's signature

William Baynrd, Special Agent
Printed name and title

[Stamp: FILED / RECEIVED / FEB - 6 2023 / CLERK U S DISTRICT COURT / DISTRICT OF ARIZONA / BY NM DEPUTY]